**The People of the State of Illinois, defendant in error, v. George A. Rudnick, plaintiff in error. Gen. No. 30,238.**

Prosecution for obtaining money by false pretenses. Conviction and sentence. Error to the Municipal Court of Chicago; the Hon. Howard W. Hayes, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 2, 1926.

S. B. Turner, for plaintiff in error; Charles J. Jenkins, of counsel. Robert E. Crowe, State's Attorney, for defendant in error; Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

**Sam Monachello, appellee, v. Walter E. Heller & Company, appellant. Gen. No. 30,354.**

Trover and trespass for conversion of motor truck. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 2, 1926.

Newman, Poppenhusen, Stern & Johnston, for appellant; Lawrence A. Cohen, of counsel. Charles Hudson, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

**The People of the State of Illinois ex rel. Anton Ezerskis, appellee, v. William E. Dever, mayor of Chicago, et al., appellants. Gen. No. 30,381.**

Petition for mandamus to compel issuance of license. Writ awarded. Appeal from the Superior Court of Cook county; the Hon. Harry B. Miller, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Reversed. Opinion filed March 2, 1926.

Francis X. Busch, Corporation Counsel, for appellants; Michael L. Rosinia, W. Arnold Amberg and Roy S. Gaskill, Assistant Corporation Counsel, of counsel. No appearance for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Luther H. Thompson, plaintiff in error. Gen. No. 30,404.**

Prosecution for selling mortgaged property. Conviction and sentence. Error to the Municipal Court of Chicago; the Hon. Alfar M. Eberhardt, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Reversed. Opinion filed March 2, 1926.

Earl B. Dickerson and William E. Taylor, for plaintiff in error. Robert E. Crowe, State's Attorney, Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.